1052

[No. 60152-1-I.   Division One.   April 7, 2008.]

DIANE BOEHME ET AL., *Plaintiffs*, v. THE CITY OF SEATAC, *Respondent*, KING COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-27240-6, Michael Heavey, J., entered May 21, 2007. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Agid and Becker, JJ.

[No. 57685-2-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. ODUNAYO EMMANUEL AJAYI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-14526-7, William L. Downing, J., entered January 17, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 35130-7-II.   Division Two.   April 8, 2008.]

JANE DOE III, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-05146-4, Thomas Felnagle, J., entered July 7, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[Nos. 35146-3-II; 35153-6-II.   Division Two.   April 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. QUDAFFI A. HOWELL, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 05-1-02317-3, Thomas P. Larkin, J., entered September 12, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.